# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 6039 | **DATE** | 10/1/2001 |
| **CASE TITLE** | Khana Khatchik vs. The County of Cook et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due _____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. The three Chicago police officer defendants, Trahanas, Sofrenovic and Mack now move to dismiss that count, count II. That motion is granted. Status hearing set for November 8, 2001 at 9:45am.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | Document Number |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | OCT 0 4 2001 date docketed | |
| ✓ | Docketing to mail notices. | | | 21 |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| WAH | courtroom deputy's initials | 01 OCT -3 AM 8:34 | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| KHANA KHATCHIK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 00 C 6039 |
| ) | |
| THE COUNTY OF COOK, THE CITY ) | |
| OF CHICAGO, a municipal corporation, ) | |
| and JANE DOE and JOHN DOE #1 ) | |
| THRU #7, PENELOPE TRAHANAS, ) | |
| EDWARD MACK, MILORAD, ) | |
| SOFRENOVIC, ROBERT LIBIT and ) | |
| OFFICER MUSIOL, ) | |
| ) | |
| Defendants. ) | |

DOCKETED
OCT - 4 2001

## MEMORANDUM OPINION AND ORDER

Plaintiff has alleged a straightforward section 1983 claim, alleging that she was beaten and unlawfully restrained by various law enforcement officers on December 17, 1998. She has with it an Illinois state law claim alleging violation of the Illinois Hate Crime Law, 720 ILCS 5/12-7.1. The three Chicago police officer defendants, Trahanas, Sofrenovic and Mack now move to dismiss that count, count II. That motion is granted.

The suit was filed in December 2000, almost two years after the alleged incident. The Illinois Tort Immunity Act, 745 ILCS 10/8-101, specifically provides for a one-year limitations period for all civil actions against a local entity or any of its employees, and civil action includes statutory claims. Plaintiff argues that the Illinois Hate Crime Law does not specify a limitations period and therefore the "other civil actions" five-year period should apply or, alternatively, the claim resembles a section 1983 claim, with a two-year limitations period.

Illinois has many limitations periods, few as short as one year. But for suits against a governmental entity and its employees, Illinois made a policy choice that suit had to be

brought within one year, regardless of the length of the limitations period for the same claim against non-governmental defendants. We are bound by that choice.

JAMES B. MORAN
Senior Judge, U. S. District Court

Oct. 1, 2001.